THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLENE P. WADE, #154702, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-089-TMH |
| | ) | [WO] |
| | ) | |
| J. MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 14, 2009, the Magistrate Judge filed a Recommendation (Doc. 9) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 9) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's abandonment of her claim, failure to comply with court's orders, and failure to properly continue prosecution of this case.

An appropriate judgment will be entered.

Done this 4th day of May, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE